# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

130314
& (74)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ADRIAN ENERGY ASSOCIATES, L.L.C.,
CADILLAC RENEWABLE ENERGY
L.L.C., GENESEE POWER STATION
LIMITED PARTNERSHIP, GRAYLING
GENERATING STATION, L.P., HILLMAN
POWER COMPANY L.L.C., T.E.S.
FILER CITY STATION LIMITED
PARTNERSHIP, VIKING ENERGY OF
LINCOLN, INC., and VIKING ENERGY
OF MCBAIN, INC.,
   Appellants,

SC: 130314
COA: 261718
MPSC Case No. 00-013917

v

MICHIGAN PUBLIC SERVICE COMMISSION,
CONSUMERS ENERGY COMPANY,
MIDLAND COGENERATION VENTURE, L.P.,
and ATTORNEY GENERAL,
   Appellees.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221